**Eric TERRY, Plaintiff–Appellant,**

v.

**Michael HENNING, Nurse Practitioner, GCC; Dr. Vincent M. Gore, Medical Director, GCC; L. Moody, LPN; Armor Correctional Health Services, Inc., Corporate Entity; Benjamin Wright, Lead Warden, GCC; Dr. Fred Schilling, Director of Health Services, VADOC, Defendants–Appellees.**

No. 15–6706.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 15, 2015.

Decided: Sept. 23, 2015.

Eric Terry, Appellant Pro Se. Grace Morse Brumagin, Rawls, McNelis & Mitchell, PC, Richmond, Virginia; Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Terry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *Terry v. Henning,* No. 2:13–cv–00118–AWA–LRL (E.D.Va. Apr. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*